JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-9917-GAF | Date | April 30, 2012 |
|---|---|---|---|
| Title | Grigoryan v. Equable Ascent Financial LLC, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:** (In Chambers)

## ORDER RE: DISMISSAL

On Monday, April 30, 2012, this case was set for a Rule 26(f) scheduling conference which must be attended by counsel for all parties. Plaintiff's counsel failed to appear, and despite the efforts of the Courtroom Deputy Clerk, counsel could not be contacted or located.

Accordingly, the pending lawsuit is **ORDERED DISMISSED** without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer